No. 98–10033. CLEMENTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–10034. WILSON v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–10035. WINZY v. LENSING, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–10036. CONARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–10037. BURROWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–10038. BUCKHANA v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–10039. BUNN v. GRIMES, SHERIFF, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–10041. PALACIOS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–10042. SKIBINSKI v. LAZAROFF ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–10043. OPONG-MENSAH v. DEPARTMENT OF PERSONNEL ADMINISTRATION. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 98–10044. BIRCH v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 98–10045. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–10046. TAYLOR v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–10047. BROUGHTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.